AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 371 – Conspiracy to Act as an Agent of a Foreign Government;
18 U.S.C. § 951 – Acting as an Agent of a Foreign Government Without Notice to the Attorney General;
18 U.S.C. § 2261A(1)(B) – Interstate Stalking;
18 U.S.C. § 1028(a)(6) – Fraud in Connection with Identification Documents;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

## DEFENDANT - U.S

Igor Andreevich D'iu

DISTRICT COURT NUMBER
3:26-cr-00564-WHO

FILED
Nov 17 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under 26-mj-71410 MAG

Name and Office of Person Furnishing Information on this form CRAIG H. MISSAKIAN
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) Alexis James

## DEFENDANT

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

**UNITED STATES V. IGOR D'IU**

**PENALTIES:**

*Count One – 18 U.S.C. § 371 – Conspiracy to Act as Agent of a Foreign Government*

- Statutory Maximum: 5 years imprisonment
- Fine: $250,000
- Term of Supervised Release: 3 years
- $100 special assessment
- Forfeiture

*Count Two – 18 U.S.C. § 951 – Acting as Agent of Foreign Government*

- Statutory Maximum: 10 years imprisonment
- Fine: $250,000
- Term of Supervised Release: 3 years
- $100 special assessment
- Forfeiture

*Count Three – 18 U.S.C. § 2261A(1)(B) – Interstate Stalking*

- Statutory Maximum: 5 years imprisonment
- Fine: $250,000
- Term of Supervised Release: 3 years
- Restitution
- $100 special assessment
- Forfeiture

*Count Four – 18 U.S.C. § 1028(a)(6) – Fraud in Connection with Identification Documents*

- Statutory Maximum: 1 year imprisonment
- Fine: $100,000
- Term of Supervised Release: 1 year
- $25 special assessment
- Forfeiture